ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendants,
SURRINDER SINGH NIJJAR and
AMRITPAL P. SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SURRINDER SINGH NIJJAR and<br>AMRITPAL P. SINGH,<br><br>　　　　Defendants. | Case No.: CR-F-06-0150 AWI<br><br>STIPULATION FOR CONTINUANCE AND<br>ORDER THEREIN |

　　　IT IS HEREBY STIPULATED between the Defendants, SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH, by and through their attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Marlon Cobar, that the Hearing now set for Monday, June 26, 2006, at 9:00 a.m. be continued to Monday, July 24, 2006, 2006 at 9:00 a.m.

　　　It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated:  June 21, 2006

    /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendants,
SURRINDER SINGH NIJJAR and
AMRITPAL P. SINGH

Dated:  June 21, 2006

    /s/ Marlon Cobar
Marlon Cobar,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED. Good cause having been shown, the Hearing now set for June 26, 2006, is vacated and is now scheduled for July 24, 2006 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   June 23, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE

..