ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
AMRITPAL P. SINGH

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-F-06-0150 AWI |
| Plaintiff, ) | DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE |
| vs. ) | |
| AMRITPAL P. SINGH, ) | |
| Defendant. ) | |

    Defendant, AMRITPAL P. SINGH, waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present

in person in Court ready for trial any day and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

Dated:  July 24, 2006

/s/ Amritpal Singh

AMRITPAL P. SINGH

Dated:  July 20, 2006

/s/ Anthony P. Capozzi

ANTHONY P. CAPOZZI,

Attorney for Defendant

1

2

**ORDER**

3

4

IT IS SO ORDERED.

5

6

**Dated:   July 31, 2006**                    /s/ Anthony W. Ishii

7

0m8i78                                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15 ..

16

17

18

19

20

21

22

23

24

25

26

27

28