1 | ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
2 | 1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
3 | Telephone: (559) 221-0200
Fax: (559) 221-7997
4 | E-mail: capozzilaw@aol.com

5 | Attorney for Defendants,
SURRINDER SINGH NIJJAR and
6 | AMRITPAL P. SINGH

FILED
MAR 29 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| UNITED STATES OF AMERICA, | ) Case No.: CR-F-06-0150 AWI |
|---|---|
| Plaintiff, | ) STIPULATION FOR CONTINUANCE AND |
| vs. | ) PROPOSED ORDER THEREIN |
| SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between the Defendants, SURRINDER SINGH NIJJAR and AMRITPAL P. SINGH, by and through their attorney of record, Anthony P. Capozzi, and Defendant, SUKHWINDER SINGH, by and through his attorney, Timothy Magill, and Plaintiff, by and through Assistant United States Attorney, Mark Cullers, that the Hearing now set for Monday, April 2, 2007, at 1:30 p.m. be continued to Monday, May 21, 2007 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

Page 1

Stipulation to Continue
Case No. 06-0150 AWI

1.    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2.    Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

                                         Respectfully submitted,

Dated: March 29, 2007

                                      /s/ Anthony P. Capozzi
                                 Anthony P. Capozzi,
                                 Attorney for Defendants,
                                 SURRINDER SINGH NIJJAR and
                                 AMRITPAL P. SINGH

Dated: March 29, 2007

                                      /s/ Timothy Magill
                                 Timothy Magill,
                                 Attorney for Defendant,
                                 SUKHWINDER SINGH

Dated: March 29, 2007

                                      /s/ Mark Cullers
                                 Mark Cullers,
                                 Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing now set for April 2, 2007, is vacated and is now scheduled for Monday, May 21, 2007 at 9:00 a.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

Dated: March 29, 2007

Honorable Anthony W. Ishii,
U.S. District Court Judge