# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** vs. **AMRITPAL P. SINGH** | **Case Nos.** 04-5356 AWI and 06-150 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __AMRITPAL P. SINGH__, have discussed with __Kimberly M. Dalton__, Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the conditions of pretrial release requiring approval of the Pretrial Services Agency for travel outside the United States, and residence changes or absences of more than 24 hours; the required submission of proof of employment to Pretrial Services, and reporting to and compliance with the rules and regulations of the Pretrial Services Agency; be vacated. All other previously imposed conditions of pretrial release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 02-08-08    _____ 2/8/08
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    2/25/08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

Anthony P Capozzi    2/22/08
Signature of Defense Counsel    Date

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  2-25-08  .
☐ The above modification of conditions of release is *not* ordered.

_____    2-25-08
Signature of Judicial Officer    Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services