

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

FEB 2 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** <br> **vs.** <br> **AMRITPAL P. SINGH** | ) <br> ) <br> ) <br> ) <br> ) | **Case Nos.** <br> 04-5356 AWI  and 06-150 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____AMRITPAL P. SINGH_____, have discussed with _____Kimberly M. Dalton_____, Supervisory Pretrial Services Officer, modifications of my release conditions as follows:

That the conditions of pretrial release requiring approval of the Pretrial Services Agency for travel outside the United States, and residence changes or absences of more than 24 hours; the required submission of proof of employment to Pretrial Services, and reporting to and compliance with the rules and regulations of the Pretrial Services Agency; be vacated. All other previously imposed conditions of pretrial release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 02-08-08·
Signature of Defendant          Date

_____ 2/8/08
Pretrial Services Officer          Date

I have reviewed the conditions and concur that this modification is appropriate.

_____
Signature of Assistant United States Attorney

_____ 2/25/08
Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____
Signature of Defense Counsel

_____ 2/22/08
Date

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on   2-25-08   .

[ ] The above modification of conditions of release is *not* ordered.

_____
Signature of Judicial Officer

_____ 2-25-08
Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services